**Order entered April 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00179-CV

**THOMAS C. DAVIS, Appellant**

**V.**

**L. LOUISE DAVIS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13843**

## ORDER

Before the Court is appellant's April 22, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief, received on April 22, 2019, filed as of the date of this order.

/s/ ERIN A. NOWELL
   JUSTICE